May 10, 2011

                         **RE: BANKRUPTCY FILINGS**
                             Park, Song
                            **CHAPTER 7**
                          **CASE NO. 1-11-40745-cec**

Law offices of N.M Gehi would like to withdraw the "Notice of Motion to Extend Time" filed on April 11, 2011 for the above reference matter. Thank you.

Very truly yours,

Law Offices of N. M. Gehi, P. C.
Naresh M. Gehi, Esq.


ng/AT